IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-647-D

| | |
|---|---|
| CLINICAL STAFFING, INC., d/b/a Dzeel Clinical, <br><br> Plaintiff, <br><br> v. <br><br> WORLDWIDE TRAVEL STAFFING LIMITED, <br><br> Defendant. | **ORDER** |

On June 14, 2013, defendant filed a motion to stay discovery until the court rules on defendant's motion for summary judgment. Plaintiff did not file a response in opposition. For good cause shown, the motion to stay discovery [D.E. 21] is GRANTED. Once the court rules on defendant's pending motion for summary judgment, the court will issue (if necessary) a revised scheduling order.

SO ORDERED. This 31 day of July 2013.

JAMES C. DEVER III
Chief United States District Judge