AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| CLINICAL STAFFING, INC., doing business as Dzeel Clinical,<br><br>        Plaintiff,<br><br>v.<br><br>WORLDWIDE TRAVEL STAFFING LIMITED,<br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:12-CV-647-D** |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Court GRANTS Defendant Worldwide Travel Staffing Limited's Motion for Summary Judgment [D.E. 20]. The clerk shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**OCTOBER 21, 2013**</u> WITH A COPY TO:

Julia Y. Kirkpatrick (via CM/ECF electronic notification)
Gale Ellen Carroll (via CM/ECF electronic notification)

<u>October 21, 2013</u>                                   JULIE A. RICHARDS, Clerk
Date                                                         Eastern District of North Carolina

                                                                             <u>/s/ Debby Sawyer           </u>
                                                                             (By) Deputy Clerk

Raleigh, North Carolina